Willie Antoine Redd
Name
3165 King Ave E

Billings MT. 59101

130058
Prison Number

MAY 3 1 2022

Clerk, U.S. Courts
District of Montana
Billings Division

## UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA
BILLINGS DIVISION

Willie Antoine Redd ,          )
            Plaintiff,     )
                       )
                       )
vs.                           )     **CASE NO.** _____
                       )         (To be supplied by the Clerk)
Rhonda Linquist ,             )
                       )
J. GREGORY TOMICICH ,         )     **CIVIL RIGHTS COMPLAINT**
                       )     **PURSUANT TO**
_____ ,      )     **42 U.S.C. § 1983**
                       )
_____ ,      )
                       )
_____ ,      )
           Defendant(s).   )

## A. JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, Willie A. Redd ,
                                          (Print Plaintiff's name)

who presently resides at 3165 King Ave. Billings MT 59101, were

violated by the actions of the below named individuals which were directed against

Plaintiff at Y.C.D.F./Billings MT _____ on the following dates
             (institution/city where violation occurred)

                      October 15, 2021
MAY 28, 2021 , ████████████ , and _____.
(Count I)           (Count II)           (Count III)

Revised 10-7-16

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant _Rhonda Lindquist_____ resides at ____Billings MT_____,
         (full name of first defendant)      (address if first defendant)
and is employed as _DIRECTOR OF OPD_____ . This defendant is sued in his/her
         (defendant's position and title, if any)
  _X_ individual _X_ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: _THE DEFENDANT IS CLOTHED WITH THE_
_AUTHORITY OF THE STATE._

3) Defendant _J. GREGORY TOMICICH_____ resides at ____Billings MT_____,
         (full name of first defendant)      (address if first defendant)
and is employed as _PUBLIC DEFENDER_____ . This defendant is sued in his/her
         (defendant's position and title, if any)
  _X_ individual _X_ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: _THE DEFENDANT IS CLOTHED WITH THE_
_AUTHORITY OF THE STATE._

4) Defendant _____ resides at _____,
         (full name of first defendant)      (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
         (defendant's position and title, if any)
  ___ individual ____ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: _____

5) Defendant _____ resides at _____,
         (full name of first defendant)      (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
         (defendant's position and title, if any)
  ___ individual ____ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: _____

6) Defendant _____ resides at _____,
             (full name of first defendant)         (address if first defendant)
   and is employed as _____ . This defendant is sued in his/her
              (defendant's position and title, if any)
   ___ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: _____
_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)    Briefly state the background of your case.

On May 24, 2021 Mr. Redd was arraigned in Thirteenth Judicial District Court, Yellowstone County on DC-21-0218 & DC-21-0253.

On May 24, 2021 the court filed a order in both above mentioned cases appointing OPD.

On July 2, 2021 Sarah Kottke filed a notice of appearance of counsel and demand for discovery, in the above cases.

On July 6, 2021 J. Gregory Tomicich filed a notice of substitution counsel in the above cases.

On October 15, 2021 Mr. Redd appeared in the above said cases for pretrial status hearing's with J. Gregory Tomicich present as counsel.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: AMENDMENT VI &

AMENDMENT XIV ( MRS. LINDQUIST DENIED MR. REDD HIS 6TH AMEND.

RIGHT TO COUNSEL AND HIS 14TH AMEND RIGHT TO DUE PROCESS OF LAW).


Supporting Facts: [Include all fact you consider important. State the facts clearly,
in your own words, and without citing legal authority or argument. Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

ON MAY 24, 2021 MR. REDD WAS ARRAIGNED ON DC-21-0218 &

DC-21-0253. ON MAY 24, 2021 MR. REDD REQUESTED THE COURTS

APPOINT COUNSEL DUE TO BEING INDIGENT. THE COURTS

APPOINTED THE OFFICE OF STATE PUBLIC DEFENDERS.

SUBSEQUENTLY THE OFFICE OF PUBLIC DEFENDERS DIRECTOR

RHONDA LINDQUIST. DENIED MR. REDD COUNSEL FOR 39 days.

UNTIL JULY 2, 2021 WHEN SARAH KOTTKE FILED A NOTICE OF

APPEARANCE AS COUNSEL IN BOTH ABOVE MENTIONED CASES.

4

## COUNT II

The following civil rights has been violated: AMENDMENT VI
AMENDMENT XIV (MR. TOMICICH DENIED MR REDD TO HIS 6TH AMEND.
RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL & DUE PROCESS OF LAW).

Supporting Facts: [Include all fact you consider important. State the facts clearly,
in your own words, and without citing legal authority or argument. Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

On OCTOBER 15, 2021 MR. REDD APPEARED
FOR PRETRIAL STATUS HEARING IN DC-21-0218 & DC-21-0253
WITH J. GREGORY TOMICICH PRESENT AS COUNSEL. AT THIS
HEARING MR. REDD ADVISED THE COURTS HE ON NUMEROUS
OCCASIONS ATTEMPTED TO CONTACT MR. TOMICICH VIA.
YCDF INMATE KITE SERVICE, YCDF INMATE PHONES AND
THROUGH FAMILY, TO NO AVAIL. MR. TOMICICH COMITTED
PERJURY AT THIS HEARING WHEN HE TOLD THE COURTS
HE WAS UNAWARE OF MR. REDD'S PRESENCE IN THE COURTS
JURISDICTION AND INFORMED THE COURTS THIS WAS HIS
REASON FOR FAILING TO CONSULT WITH MR. REDD.
On NOV. 24, 2021 MR. REDD APPEARED FOR A STATUS HEARING
WITH MR. TOMICICH PRESENT AS COUNSEL HE INFORMED THE
COURTS MR. REDD WAS INFACT DENIED HIS COURT ORDERED
OMNIBUS HEARING SCHEDULED JULY 26, 2021 AND TRIAL SCHEDULED
OCT. 25, 2021. WHEN ASK IF HE WAS GONNA FILE THE PROPER
MOTIONS FOR DISMISSAL, DUE TO VIOLATIONS OF HIS CLIENTS
CONST. RIGHTS, MR. TOMICICH REFUSED.
On Nov. 24, 2021 MR. REDD APPEARED FOR A STATUS
HEARING WITH MR. TOMICICH PRESENT AS COUNSEL, DURING THAT
HEARING COUNSEL ADVISED THE COURTS HE WAS AWARE OF
HIS CLIENTS PRESENCE AND EXCHANGED OMNI FORM WITH
PROSECUTION PRIOR TO THE JULY 26, 2021 OMNI HEARING.

**COUNT III**

The following civil rights has been violated: _____

_____

_____

      Supporting Facts: [Include all fact you consider important.  State the facts clearly,
in your own words, and without citing legal authority or argument.  Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1)     Have you filed other actions in state or federal courts involving the **same or similar facts**
as involved in this action?  ____ Yes  X  No.  If your answer is "Yes", describe each
lawsuit.  (If more than one, describe the others on an additional page following the below

outline).

a)     Defendants: _____

b)     Name of court and docket number: _____

c)     Disposition (for example, was the case dismissed , appealed or is it still pending?): _____

d)     Issues raised: _____

_____

_____

e)     Approximate date it was filed: _____

f)     Approximate date of disposition: _____

2)    Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes  ☒ No.  If your answer is "Yes", describe each lawsuit.  (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)     Defendants: _____.

b)     Name of court and case number: _____.

c)     The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)     Issues raised: _____

_____

e)     Approximate date it was filed: _____

f)     Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)     Defendants: _____.

b)     Name of court and case number: _____.

c)    The case was dismissed because it was found to be (check one): _____ frivolous
_____ malicious or _____ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____
_____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be (check one): _____ frivolous
_____ malicious or _____ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____
_____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

3)    Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ____ Yes ____ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____ state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole board decision; or (5) ____ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed _____.

Response to grievance: _____
_____
_____

- - - - - - - - - - - - - - - - - - -

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

DECLARATORY JUDGEMENT.

COMPENSATORY DAMAGES IN COUNT I AGAINST RHONDA LINDQUEST

FOR VIOLATION OF MR. REDD'S CONST. RIGHT TO COUNSEL RESULTING IN

THE ILLEGAL DETAINMENT OF MR. REDD, IN THE AMOUNT OF 50,000.00

PUNITIVE DAMAGES, IN COUNT I & II  IN THE AMOUNT OF 400,000.00.

TOTALING: 450,000.00

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Willie A. Redd

(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

(Signature of Plaintiff)

5·25·22

(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

9