UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| WILLIE ANTOINE REDD, JULIO RAMIREZ, And others similarly situated, Plaintiff<br><br>V.<br><br>Rhonda LINDQUIST, Director of Public defenders office<br>Defendant | AMENDED COMPLAINT<br><br>CV 22-053-BLG-SPW-TJC |

## I. JURISDICTION & VENUE

This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of ▮ state law, or rights secured by the U.S. constitution. The court has jurisdiction under 28 U.S.C. section 1331 and 1343 (a) (3). The plaintiffs seek declaratory relief pursuant to 28 U.S.C. 2201 and 2202 and injuntice relief under 28 U.S.C. section 2283 and 2284 and rule 65 of the federal rules of criminal procedure, punitive and compensatory damages.

The District of Montana, Billings Division is appropriate venue under 28 U.S.C. section 1391 (b)(2)

1.

because it is where the events giving rise to the claims arose. Futhermore, this complaint holds "class Action Allegations".

## II. PLAINTIFFS

Plaintiffs Willie Antoine Redd, Julio Ramirez, and other similarily situated mentioned herein are accused/suspects of crime's alledgedly committed in Billings, MT/Yellowstone county.

## III. DEFENDANTS

Defendant Rhonda Lindquist is the director of the office of public defenders. she is legally and fully responsible for the appointment of counsel to indigent defendants in yellowstone county in a timely manner per statute.

The named defendant is sued in there individual and official capacity. At all times mentioned in this complaint the defendant acted under color of law.

## IV. FACTS

On May 24, 2021, In thirteenth judicial district court in Yellowstone county, plaintiff Willie Antoine Redd was arraigned on DC 21-0218 and DC 21-0253. Plaintiff Willie Antoine Redd at this court proceeding requested the courts to appoint counsel due to being indigent.

The courts appointed the office of state public defenders that very same day.

The plaintiff Willie Antoine Redd was subsequently denied counsel for 39 days, up until July 2, 2021, when counsel was first appointed to represent the plaintiff. (see exhibit A Doc# 14, 3 B Doc# 10)

On October 21, 2021, In thirteenth judicial district court in Yellowstone county, plaintiff Julio Ramirez was arraigned on DC 21-1290 and DC 21-1321. Plaintiff Julio Ramirez at this court proceeding requested the courts appoint counsel due to being indigent. On October 22, 2021

the courts appointed the office of state public defenders.

The plaintiff Julio Ramirez was subsequently denied counsel for 46 days after he was arraigned, up until December 6, 2021, when counsel was first appointed to represent the plaintiff.

Defendant Rhonda Lindquist has denied indigent defendants counsel for periods of time exceeding 56+ days in direct violation of the Sixth amendment right to counsel.

Defendant Rhonda Lindquist has been held in contempt by Judge Donald Harris on seperate occasions for failing to appoint counsel to indigent defendants in a timely manner.

## V. DENIAL OF SIXTH AMENDMENT RIGHT TO COUNSEL

4.

The plaintiffs are accused of crimes in Yellowstone County and have a sixth amendment ● United States constitutional right to the appointment of counsel within a reasonable time after that right attatches.

It is the plaintiffs contention, that the defendant denied them counsel after the right attatched, for periods of time, on occasion exceeding 51+ days in direct violation of the Sixth Amendment of the U.S. Constitution.

VI. CLAIMS FOR RELIEF

The actions of the defendant, Rhonda Lindquist in denying plaintiffs thier Sixth Amendment right to counsel, violates the plaintiffs Sixth Amendment right to counsel and speedy trial, Eighth Amendment right to be free from cruel and unuasul punishment,

5.

and Fourteenth Amendment right to speedy trial and due process of law.

## VII. RELIEF REQUESTED

WHEREFORE, plaintiffs request that the court grant the following relief:

A. Issue declaratory judgement stating that:

1. The actions of the defendant violated the plaintiffs rights under the Sixth, Eighth and Fourteenth Amendment of the U.S. Constitution.

B. Issue an injunction ordering the thirteenth judicial district court of yellowstone county, Judges to:

1. Immidiatley dismiss with prejudice the criminal charges against plaintiffs whose constitutional rights have been violated by the defendant failing to appoint counsel to the plaintiffs in a reasonable time, within those cases.

6.

C. Award compensatory damages in the following amount:

1. An undisclosed amount to be litigated and reflect the amount in damages due.

D. Award punitive damages in the amount of:

1. An undisclosed amount to be litigated and reflect the amount in damages due.

E. Grant of relief as it may appear plaintiffs are entitled to.

Willie A. Rodd
3165 King Ave E.
Billings MT, 59101

June 19, 2022

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ARE TRUE EXCEPT TO MATTERS ALLEGED ON INFORMATION, AS TO

7.

THOSE I BELIEVE THEM TO BE TRUE. I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

June 19, 2022
Willie Antoine Redd
3165 King Ave Ex
Billings MT, 59101